(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division Division | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Assembled Circuits, Inc.** | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): 36-3146815 | | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1550 W. Fullerton Ave.<br>Addison, IL 60101 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **DuPage** | | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor 1550 W. Fullerton<br>(if different from street address above): Addison, IL 60101 | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s) ☐ Railroad<br>☑ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☐ Chapter 7 ☑ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☑ | 200-999 ☐ |
|---|---|---|---|---|---|

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/16/2004
Time: 13:46:14
Debtor: ASSEMBLED CIRCUITS, INC
Case: 04-10357 Fee: 839
Chapter: 11 Rec. #: 3068832
Judge: John Squires

1:04BK10357-BK001

VOLUNTARY PETITION

(Official Form 1) (12/03) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Assembled Circuits, Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**
X *[signature]*
Signature of Attorney for Debtor(s)
**Michael J. Davis 6197896**
Printed Name of Attorney for Debtor(s)
**Kofkin, Springer, Scheinbaum & Davis, P.C.**
Firm Name
**611 S. Addison Road**
Address
**Addison, IL 60101**

**(630) 530-9999**
Telephone Number
**March 16, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]* President
Signature of Authorized Individual
**Jerry Marinello**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**March 16, 2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division Division**

IN RE:

Assembled Circuits, Inc.
_____
Debtor(s)

Case No. _____

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................. $ __275.00/hr__

   Prior to the filing of this statement I have received ........................................................ $ __10,000.00__

   Balance Due ............................................................................................................. $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March 16, 2004__
Date

_signature_
Signature of Attorney

Kofkin, Springer, Scheinbaum & Davis, P.C.
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division Division**

IN RE:                      Case No. _____

Assembled Circuits, Inc.       Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Jack Paul<br>925 S Dunton<br>Arlington Heights, IL 60005 | | | | 160,000.00 |
| Jerry Marinello<br>17 W 535 Schiller Street<br>Villa Park, IL 60181 | | | | 160,000.00 |
| Star Electronics, Inc<br>825 Pratt Blvd.<br>Elk Grove Village, IL 60007 | | | | 101,200.00 |
| Melba Marinello<br>C/O Jerry Marinello<br>17 W 535 Schiller Street<br>Villa Park, IL 60181 | | | | 60,000.00 |
| Products Research Inc<br>1550 Fullerton Avenue<br>Addison, IL 60101 | | | | 51,050.00 |
| Tahoe Industries Ltd<br>388-1 Jen-A1 Road, Sec 4<br>2nd Floor<br>Taipei Taiwan R.O.C., | | | | 47,000.00 |
| Healthcare Service Corp<br>P. O. Box 1186<br>Chicago, IL 60690-1186 | | | | 27,700.00 |
| Hinz Management<br>50 N Broadway, Ste 4-6<br>Palatine, IL 60067 | | | | 27,000.00 |
| Circuit Sales International<br>29 Old Dock Road<br>Yaphank, NY 11980 | | | | 26,250.00 |
| Pioneer Standard Electronics<br>Dept. CH 10536<br>Palatine, IL 60055-0536 | | | | 26,000.00 |
| Kemp, Howell<br>7523-E Bristol Lane<br>Hanover Park, IL 60103-2575 | | | | 22,100.00 |
| Subtronics Assembly Corp<br>940 Lakeside Drive<br>Gurnee, IL 60031 | | | | 19,800.00 |
| Falcon Solutions<br>11800 Wills Road, Ste 150<br>Alpharetta, GA 30004 | | | | 15,300.00 |
| Yen Bach Tran<br>1570 Hunting Hound Lane<br>Bartlett, IL 60103 | | | | 15,000.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Creditor | Amount |
|---|---|
| J-Byte Electronics<br>5223 Park Blvd<br>Pinellas Park, FL 33781 | 14,000.00 |
| South Bay Components, Inc.<br>24412 S Main<br>Building #101<br>Carson, CA 90745 | 13,500.00 |
| FAI Electronics Corp.<br>Dept. 3273<br>1235 S LaSalle Street<br>Chicago, IL 60674-3273 | 13,350.00 |
| Arrow Electronics, Inc.<br>P. O. Box 790411<br>St. Louis, MO 63179-0411 | 13,050.00 |
| Sherri & William Adelizzi<br>23392 W Quail Court<br>Barrington, IL 60010 | 12,000.00 |
| Beyond Components, LLC<br>670 Albion Avenue<br>Schaumburg, IL 60193 | 10,800.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 16, 2004**        Signature: *[signature]*

**Jerry Marinello, President**

(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Assembled Circuits, Inc.
1550 W. Fullerton Ave.
Addison, IL 60101

Allied Electronics, Inc
Accounts Receivable Dept.
P. O. Box 2325
Ft. Worth, TX 76113-2325

Bead Industries, Inc.
11 Cascade Blvd.
Milford, CT 06460

Kofkin, Springer,
Scheinbaum & Davis, P.C.
611 S. Addison Road
Addison, IL 60101

Altex-Mar Elect., Inc.
17201 Westfield Park Road
Westfield, IN 46074

Belford Electronics, Inc.
1460 Jeffrey Drive
Addison, IL 60101

A-1 Credit Corp
P. O. Box 73095
Chicago, IL 60673-7095

American Electronic Wire/CDT
135 S LaSalle Street, Dept 1419
Chicago, IL 60674-1419

Bell, Boyd & Lloyd
Three First National Plaza
70 W Madison Street, Ste 3300
Chicago, IL 60602-4207

A.S.J. Components, Inc.
P. O. Box 29129
Phoenix, AZ 85038

American Int'l Companies
P. O. Box 382014
Pittsburgh, PA 15250-8014

Belrich, Inc
2341 N Lister Avenuef
Chicago, IL 60614-2981

Ability Fasteners, Inc.
685 Fargo Avenue
Elk Grove Village, IL 60007

Amistar Corporation
237 Via Vera Cruz
San Marcos, CA 92069-2698

Beyond Components, LLC
670 Albion Avenue
Schaumburg, IL 60193

Aero-Space Fasteners
9270 Bryant Avenue South
Minneapolis, MN 55420

Amlings Flowerland
P. O. Box 3219
Oak Brook, IL 60522-3219

BFI Of Melrose Park
P. O. Box 9001154
Louisville, KY 49290-1154

Airotronics - Micros
2747 Route 20 East
Cazenovia, NY 13035

Andrew King Cleaning Service, Inc
619 Lullo Drive
Addison, IL 60101

Bristol Electronics, Inc
11304 258th Court
P. O. Box 173
Trevor, WI 53179

All American
P. O. Box 74836
Chicago, IL 60694-4836

Arrow Electronics, Inc.
P. O. Box 790411
St. Louis, MO 63179-0411

Childs Antennas
132 Main Street E
Elysian, MN 56028

All American Paper Company
14 Plaza Drive
Westmont, IL 60559

AT & T WLD
P. O. Box 105306
Atlanta, GA 30348-5306

Chris Electronics
2023 W County Road C@
Roseville, MN 55113

All-Ways Fasteners, Inc.
1000 Industrial Drive, Unit 2-D
Bensenville, IL 60106

Badger Components, Inc.
4824 S 10th Street
Milwaukee, WI 53221

Chuck Heerhold
808 Black Walnut
Sugar Grove, IL 60554

Circuit Sales International
29 Old Dock Road
Yaphank, NY  11980

Cumberland Electronics, Inc.
P. O. Box 8003
Harrisburg, PA  17105

Electro-Stock, Inc.
P. O. Box 640
West Chicago, IL  60186-0640

Classic Components Corp.
23605 Telo Avenue
Torrance, CA  90505

D.F. Sales Company
P. O. Box 611654
San Jose, CA  95161

ELM/EDI
344 W Colfax Street
Palatine, IL  60067

Classic Components Supply, Inc.
3336 Commercial Avenue
Northbrook, IL  60062

Dale S. Trebbs
9209 Nagle Avenue
Morton Grove, IL  60053

Engineered Components Company
1100 Davis Raod
Elgin, IL  60123

Commonwealth Edison
Department Of Systems Credit
2100 Swift Drive
Oak Brook, IL  60523

DePendable Component Supply
1003 E Newport Center Drive
Deerfield Beach, FL  33442

Express Fasteners, Ltd.
65 N Brandon Drive
Glendale Heights, IL  60139

Components Importers International
P. O. Box 59071
Schaumburg, IL  60159-0071

Derf Electronics Corp
1 Biehn Street
New Rochelle, NY  10801

FAI Electronics Corp.
Dept. 3273
1235 S LaSalle Street
Chicago, IL  60674-3273

Contact East, Inc.
Dept. CH 10655
Palatine, IL  60055-0655

Digi-Key 136964
P. O. Box 250
Thief River Falls, MN  56701-0250

Falcon Solutions
11800 Wills Road, Ste 150
Alpharetta, GA  30004

Core Comm Internet
P. O. Box 742594
Cincinnati, OH  45274-2594

DuPage Industrial Fasteners
137 Eisenhower Lane N
Lombard, IL  60148-5413

Federeral Expresss Corp.
P. O. Box 1140
Memphis, TN  38101-1140

CPM, Inc.
811 Center Street
Plainfield, IL  60544

EDX Electronics, Inc
1040 Willa Springs Drive
Winter Springs, FL  32708

Ferson Products
P. O. Box 3268
St. Charles, IL  60174

Cramer Coil & Transformer Company
401 Progress Drive
P. O. Box 200
Saukville, WI  53080

Electro Components Dist.
3496 Arden Road
Hayward, CA  94545-3906

Garrett Electronics Corp.
1320 W McCoy Lane
Santa Maria, CA  93455

Crystaloid Technologies, Inc.
P. O. Box 952289
St. Louis, MO  63195-2289

Electro-Kinetics, Inc.
859 N Sivert Drive
Wood Dale, IL  60191

George F. Brunkalla
1012 Manchester Course
Geneva, IL  60134

GMAC
P. O. Box 5180
Carol Stream, IL  60197-5180

Indiana Transformer, Inc.
908 S Westgate Street
Addison, IL  60101

Jewell Instruments, LLC
850 Perimeter Road
Manchester, NH  03103

GO Electronics
360 Hickman Drive
Sanford, FL  32771

Insulation Products Corp
650 S Schmidt Road
Bolingbrook, IL  60440

Joe Kanak Enterprises, Inc.
8102 Lemont Road
Woodridge, IL  60517

Grab On Products, Inc.
P. O. Box 2276
Walla Walla, WA  99362

International Connector, Inc.
119 Corporation Way, Unit D
Venice, FL  34292

Joseph Electronics
6633 W Howard Streeg
Niles, IL  60714

Grove Metal Fabricators, Inc.
8550 W Grand Avenue
River Grove, IL  60171

IRC
P. O. Box 651565
Charlotee, NC  28265

Kemp, Howell
7523-E Bristol Lane
Hanover Park, IL  60103-2575

Harber Indurstrials, Inc.
5000 W 73rd Street
Bedford Park, IL  60638

J-Byte Electronics
5223 Park Blvd
Pinellas Park, FL  33781

Kemper Insurance Company
Box 1011 Solution Center
Chicago, IL  60677-1000

Harris Bank Leasing
Ref No. 24327478
P. O. Box 41601
Philadelphia, PA  19101-1601

Jack Paul
925 S Dunton
Arlington Heights, IL  60005

Kent Electronics
P. O. Box 201523
Houston, TX  77216-1523

Healthcare Service Corp
P. O. Box 1186
Chicago, IL  60690-1186

JACO Electronics, Inc
P. O. Box 18055
Hauppauge, NY  11788

King Wire Inc.
3873 Payshere Circle
Chicago, IL  60674

Hinz Management
50 N Broadway, Ste 4-6
Palatine, IL  60067

Jameco Electronics
P. O. Box 882
Belmont, CA  94002

Klaus Companies
8400 N Allen Road
Peoria, IL  61615

HLK & Associates, Inc.
33251 Curtis Blvd
Eastlake, OH  44095

Jay-Tronics, Inc
124 N Rockton Avenue
Rockford, IL  61103-6693

KMB Enterprises, Inc.
905 Tall Grass Court
St. Charles, IL  60174

Hoffman Products
135 S LaSalle Street, Dept. 3689
Chicago, IL  60674-3689

Jerry Marinello
17 W 535 Schiller Street
Villa Park, IL  60181

Lake-View Electronics Corp.
1054 E Pioneer Road
Grafton, WI  53024

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division Division**

IN RE:                                                        Case No. _____

<u>Assembled Circuits, Inc.</u>                                Chapter <u>11</u>
                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors ___ **172**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: <u>March 16, 2004</u>        *[signature]* Jerry Mancinelli, President
                                  Debtor

_____
Joint Debtor

VERIFICATION OF CREDITOR MATRIX