IN RE: Assembled Circuits, Inc.

Debtor(s)

Case No. 04-10357

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |

FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 07 2004

KENNETH S. GARDNER, CLERK
PS REP - CC

| | | | TOTAL | 0.00 |
|---|---|---|---|---|

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

· IN RE Assembled Circuits, Inc.
_____
Debtor(s)                                                    Case No. 04-10357

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LaSalle Bank Chicago, Ill. Acct. # | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Hinz Management Security Deposit on space | | 5,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Trade receivables | | 30,000.00 |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2004 EZ-Filing Inc. [1-800-998-2424] - Forms Software Only

· IN RE Assembled Circuits, Inc.

_____
Debtor(s)

Case No. 04-10357

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Ford Aerostar Van | | 3,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Desks and computers | | 10,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Air compressors - 4000 Wire Strippers - 1800 Insertion equipment - 8000 Wave Soddering equipment - 4000 Oscilloscope and meters - 2000 Phone system - 500 Presses - 1500 Assembly tables and chairs - 5000 Lead Trimmer - 1000 Various handtools - 1500 | | 29,300.00 |
| 28. Inventory. | | Electronic components | | 300,000.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL    378,800.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

∴ **IN RE Assembled Circuits, Inc.** _____     Case No. **04-10357** _____

Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.

Case No. 04-10357

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **EPK** <br> 5944 Luther Ln., St. 300 <br> Dallas, TX 75225 | | | **Security interest in all assets of Debtor perfected in Jan. 2003** <br><br> Value $ 369,300.00 | | | | 58,000.00 | |
| Account No. <br> **Goodman Factor** <br> 3010 LBJ Freeway, St. 140 <br> Dallas, TX 75234 | | | **Security interest in all assets of Debtor since January 2003** <br><br> Value $ 369,300.00 | | | | 0.00 | |
| Account No. <br> **Internal Revenue Services** <br> **Mail Stop 5010 CHI** <br> 230 S Dearborn <br> Chicago, IL 60604 | | | **Lien on all asets of company for 4th quarter of 2002** <br><br> Value $ | | | | 36,000.00 | 36,000.00 |
| Account No. <br><br> | | | <br> Value $ | | | | | |
| Account No. <br><br> | | | <br> Value $ | | | | | |

| | | |
|---|---|---|
| **0** Continuation Sheets attached | Subtotal <br> (Total of this page) | 94,000.00 |
| | (Complete only on last sheet of Schedule D)  **TOTAL** | 94,000.00 |
| | (Report total also on Summary of Schedules) | |

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2002 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Assembled Circuits, Inc.** _____   Case No. **04-10357** _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWIC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Illinois Department Of Revenue**<br>**Bankruptcy & Probate**<br>**100 E Randolph Street, 7th Floor**<br>**Chicago,, IL 60601** | | | **Taxes for 3rd 4th quarter 2002, 1st and 2nd quarter 2003 941** | | | | **32,000.00**<br><br>**32,000.00** |
| Account No.<br>**Internal Revenue Services**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn**<br>**Chicago, IL 60604** | | | **Taxes owed for 1st and 2nd Quarter of 2003** | | | | **36,000.00**<br><br>**36,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____**1** of _____**1** Continuation Sheets attached to Schedule E

Subtotal
(Total of this page)    **68,000.00**

(Complete only on last sheet of Schedule E)  **TOTAL**    **68,000.00**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Assembled Circuits, Inc.**

Case No. **04-10357**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A-1Credit Corp<br>P. O. Box 73095<br>Chicago, IL  60673-7095 | | | Supplier | | | | 3,200.00 |
| Account No.<br><br>A.S.J. Components, Inc.<br>P. O. Box 29129<br>Phoenix, AZ  85038 | | | Supplier | | | | 800.00 |
| Account No.<br><br>Ability Fasteners, Inc.<br>685 Fargo Avenue<br>Elk Grove Village, IL  60007 | | | Supplier | | | | 45.00 |
| Account No.<br><br>Aero-Space Fasteners<br>9270 Bryant Avenue South<br>Minneapolis, MN  55420 | | | Supplier | | | | 415.00 |
| Account No.<br><br>Airotronics - Micros<br>2747 Route 20 East<br>Cazenovia, NY  13035 | | | Supplier | | | | 8,900.00 |
| _____ **24** Continuation Sheets attached | | | | Subtotal (Total of this page) | | | 13,360.00 |
| | | | (Complete only on last sheet of Schedule F) **TOTAL** | | | | |
| | | | (Report total also on Summary of Schedules) | | | | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

· IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. 04-10357

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier | | | | |
| All American<br>P. O. Box 74836<br>Chicago, IL 60694-4836 | | | | | | | 3,800.00 |
| Account No. | | | Supplier | | | | |
| All American Paper Company<br>14 Plaza Drive<br>Westmont, IL 60559 | | | | | | | 600.00 |
| Account No. | | | Supplier | | | | |
| All-Ways Fasteners, Inc.<br>1000 Industrial Drive, Unit 2-D<br>Bensenville, IL 60106 | | | | | | | 450.00 |
| Account No. | | | Supplier | | | | |
| Allied Electronics, Inc<br>Accounts Receivable Dept.<br>P. O. Box 2325<br>Ft. Worth, TX 76113-2325 | | | | | | | 5,500.00 |
| Account No. | | | Supplier | | | | |
| Altex-Mar Elect., Inc.<br>17201 Westfield Park Road<br>Westfield, IN 46074 | | | | | | | 520.00 |
| Account No. | | | Supplier | | | | |
| American Electronic Wire/CDT<br>135 S LaSalle Street, Dept 1419<br>Chicago, IL 60674-1419 | | | | | | | 9,800.00 |
| Account No. | | | Supplier | | | | |
| American Int'l Companies<br>P. O. Box 382014<br>Pittsburgh, PA 15250-8014 | | | | | | | 355.00 |

Sheet _____ 1 of _____ 24 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   21,025.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Assembled Circuits, Inc.** _____  Case No. **04-10357**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Amistar Corporation** <br> **237 Via Vera Cruz** <br> **San Marcos, CA  92069-2698** | | | Supplier | | | | 115.00 |
| Account No. <br> **Amlings Flowerland** <br> **P. O. Box 3219** <br> **Oak Brook, IL  60522-3219** | | | Supplier | | | | 160.00 |
| Account No. <br> **Andrew King Cleaning Service, Inc** <br> **619 Lullo Drive** <br> **Addison, IL  60101** | | | Supplier | | | | 1,900.00 |
| Account No. <br> **Arrow Electronics, Inc.** <br> **P. O. Box 790411** <br> **St. Louis, MO  63179-0411** | | | Supplier | | | | 13,050.00 |
| Account No. <br> **AT & T WLD** <br> **P. O. Box 105306** <br> **Atlanta, GA  30348-5306** | | | Supplier | | | | 30.00 |
| Account No. <br> **Badger Components, Inc.** <br> **4824 S 10th Street** <br> **Milwaukee, WI  53221** | | | Supplier | | | | 2,900.00 |
| Account No. <br> **Bead Industries, Inc.** <br> **11 Cascade Blvd.** <br> **Milford, CT  06460** | | | Supplier | | | | 35.00 |
| | | | | | Subtotal <br> (Total of this page) | | 18,190.00 |

Sheet _____**2** of _____**24** Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Assembled Circuits, Inc. _____ Case No. **04-10357** _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Belford Electronics, Inc.<br>1460 Jeffrey Drive<br>Addison, IL 60101 | | | Supplier | | | | 3,305.00 |
| Account No.<br>Bell, Boyd & Lloyd<br>Three First National Plaza<br>70 W Madison Street, Ste 3300<br>Chicago, IL 60602-4207 | | | Supplier | | | | 4,900.00 |
| Account No.<br>Belrich, Inc<br>2341 N Lister Avenuef<br>Chicago, IL 60614-2981 | | | Supplier | | | | 1,850.00 |
| Account No.<br>Beyond Components, LLC<br>670 Albion Avenue<br>Schaumburg, IL 60193 | | | Supplier | | | | 10,800.00 |
| Account No.<br>BFI Of Melrose Park<br>P. O. Box 9001154<br>Louisville, KY 49290-1154 | | | Supplier | | | | 180.00 |
| Account No.<br>Bristol Electronics, Inc<br>11304 258th Court<br>P. O. Box 173<br>Trevor, WI 53179 | | | Supplier | | | | 2,700.00 |
| Account No.<br>Childs Antennas<br>132 Main Street E<br>Elysian, MN 56028 | | | Supplier | | | | 700.00 |
| | | | | | Subtotal<br>(Total of this page) | | 24,435.00 |

Sheet _____**3**__ of _____ **24** Continuation Sheets attached to Schedule F

(Complete only on last sheet of Schedule F)　**TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.                                    Case No. 04-10357
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Chris Electronics**<br>**2023 W County Road C@**<br>**Roseville, MN  55113** | | | **Supplier** | | | | 6,700.00 |
| Account No.<br>**Chuck Heerhold**<br>**808 Black Walnut**<br>**Sugar Grove, IL  60554** | | | **Supplier** | | | | 600.00 |
| Account No.<br>**Circuit Sales International**<br>**29 Old Dock Road**<br>**Yaphank, NY  11980** | | | **Supplier** | | | | 26,250.00 |
| Account No.<br>**Classic Components Corp.**<br>**23605 Telo Avenue**<br>**Torrance, CA  90505** | | | **Supplier** | | | | 1,215.00 |
| Account No.<br>**Classic Components Supply, Inc.**<br>**3336 Commercial Avenue**<br>**Northbrook, IL  60062** | | | **Supplier** | | | | 2,000.00 |
| Account No.<br>**Commonwealth Edison**<br>**Department Of Systems Credit**<br>**2100 Swift Drive**<br>**Oak Brook, IL  60523** | | | **Utility services** | | | | 1,100.00 |
| Account No.<br>**Components Importers International**<br>**P. O. Box 59071**<br>**Schaumburg, IL  60159-0071** | | | **Supplier** | | | | 450.00 |

Sheet _____4_____ of _____24_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    38,315.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

‹ **IN RE** Assembled Circuits, Inc. _____ Case No. **04-10357** _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N l i Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Contact East, Inc.**<br>**Dept. CH 10655**<br>**Palatine, IL  60055-0655** | | | Supplier | | | | 550.00 |
| Account No.<br>**Core Comm Internet**<br>**P. O. Box 742594**<br>**Cincinnati, OH  45274-2594** | | | Supplier | | | | 70.00 |
| Account No.<br>**CPM, Inc.**<br>**811 Center Street**<br>**Plainfield, IL  60544** | | | Supplier | | | | 6,100.00 |
| Account No.<br>**Cramer Coil & Transformer Company**<br>**401 Progress Drive**<br>**P. O. Box 200**<br>**Saukville, WI  53080** | | | Supplier | | | | 1,700.00 |
| Account No.<br>**Crystaloid Technologies, Inc.**<br>**P. O. Box 952289**<br>**St. Louis, MO  63195-2289** | | | Supplier | | | | 950.00 |
| Account No.<br>**Cumberland Electronics, Inc.**<br>**P. O. Box 8003**<br>**Harrisburg, PA  17105** | | | Supplier | | | | 230.00 |
| Account No.<br>**D.F. Sales Company**<br>**P. O. Box 611654**<br>**San Jose, CA  95161** | | | Supplier | | | | 380.00 |

Sheet _____**5** of _____**24** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 9,980.00 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

· IN RE Assembled Circuits, Inc. _____   Case No. __04-10357__
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Dale S. Trebbs<br>9209 Nagle Avenue<br>Morton Grove, IL  60053 | | | Personal loan | | | | 7,000.00 |
| Account No.<br>DePendable Component Supply<br>1003 E Newport Center Drive<br>Deerfield Beach, FL  33442 | | | Supplier | | | | 3,335.00 |
| Account No.<br>Derf Electronics Corp<br>1 Biehn Street<br>New Rochelle, NY  10801 | | | Supplier | | | | 280.00 |
| Account No.<br>Digi-Key 136964<br>P. O. Box 250<br>Thief River Falls, MN  56701-0250 | | | Supplier | | | | 9,250.00 |
| Account No.<br>DuPage Industrial Fasteners<br>137 Eisenhower Lane N<br>Lombard, IL  60148-5413 | | | Supplier | | | | 350.00 |
| Account No.<br>EDX Electronics, Inc<br>1040 Willa Springs Drive<br>Winter Springs, FL  32708 | | | Supplier | | | | 5,100.00 |
| Account No.<br>Electro Components Dist.<br>3496 Arden Road<br>Hayward, CA  94545-3906 | | | Supplier | | | | 500.00 |

Sheet ____6__ of ___24__ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 25,815.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Electro-Kinetics, Inc. 859 N Sivert Drive Wood Dale, IL 60191 | | | Supplier | | | | 2,500.00 |
| Account No. Electro-Stock, Inc. P. O. Box 640 West Chicago, IL 60186-0640 | | | Supplier | | | | 6,800.00 |
| Account No. ELM/EDI 344 W Colfax Street Palatine, IL 60067 | | | Supplier | | | | 5,700.00 |
| Account No. Engineered Components Company 1100 Davis Raod Elgin, IL 60123 | | | Supplier | | | | 120.00 |
| Account No. Express Fasteners, Ltd. 65 N Brandon Drive Glendale Heights, IL 60139 | | | Supplier | | | | 250.00 |
| Account No. FAI Electronics Corp. Dept. 3273 1235 S LaSalle Street Chicago, IL 60674-3273 | | | Supplier | | | | 13,350.00 |
| Account No. Falcon Solutions 11800 Wills Road, Ste 150 Alpharetta, GA 30004 | | | Supplier | | | | 15,300.00 |

Sheet _____ **7** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **44,020.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Assembled Circuits, Inc.**                                    Case No. **04-10357**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W I C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Federeral Expresss Corp.**<br>P. O. Box 1140<br>Memphis, TN  38101-1140 | | | Supplier | | | | 1,300.00 |
| Account No.<br>**Ferson Products**<br>P. O. Box 3268<br>St. Charles, IL  60174 | | | Supplier | | | | 300.00 |
| Account No.<br>**Garrett Electronics Corp.**<br>1320 W McCoy Lane<br>Santa Maria, CA  93455 | | | Supplier | | | | 700.00 |
| Account No.<br>**George F. Brunkalla**<br>1012 Manchester Course<br>Geneva, IL  60134 | | | Personal loan | | | | 10,000.00 |
| Account No.<br>**GMAC**<br>P. O. Box 5180<br>Carol Stream, IL  60197-5180 | | | Supplier | | | | 1,800.00 |
| Account No.<br>**GO Electronics**<br>360 Hickman Drive<br>Sanford, FL  32771 | | | Supplier | | | | 1,650.00 |
| Account No.<br>**Grab On Products, Inc.**<br>P. O. Box 2276<br>Walla Walla, WA  99362 | | | Supplier | | | | 70.00 |

Sheet _____**8**_ of ____**24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) — **15,820.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Assembled Circuits, Inc.**                                          Case No. **04-10357**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Grove Metal Fabricators, Inc.<br>8550 W Grand Avenue<br>River Grove, IL 60171 | | | Supplier | | | | 850.00 |
| Account No.<br>Harber Indurstrials, Inc.<br>5000 W 73rd Street<br>Bedford Park, IL 60638 | | | Supplier | | | | 2,000.00 |
| Account No.<br>Harris Bank Leasing<br>Ref No. 24327478<br>P. O. Box 41601<br>Philadelphia, PA 19101-1601 | | | Supplier | | | | 2,000.00 |
| Account No.<br>Healthcare Service Corp<br>P. O. Box 1186<br>Chicago, IL 60690-1186 | | | Supplier | | | | 27,700.00 |
| Account No.<br>Hinz Management<br>50 N Broadway, Ste 4-6<br>Palatine, IL 60067 | | | Supplier | | | | 27,000.00 |
| Account No.<br>HLK & Associates, Inc.<br>33251 Curtis Blvd<br>Eastlake, OH 44095 | | | Supplier | | | | 350.00 |
| Account No.<br>Hoffman Products<br>135 S LaSalle Street, Dept. 3689<br>Chicago, IL 60674-3689 | | | Supplier | | | | 150.00 |

Sheet _____ **9** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                    **60,050.00**

(Complete only on last sheet of Schedule F)  **TOTAL** 

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing Inc. [1-800-998-2424] - Forms Software Only

IN RE **Assembled Circuits, Inc.** _____   Case No. **04-10357** _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Indiana Transformer, Inc.** <br> **908 S Westgate Street** <br> **Addison, IL  60101** | | | Supplier | | | | 135.00 |
| Account No. <br> **Insulation Products Corp** <br> **650 S Schmidt Road** <br> **Bolingbrook, IL  60440** | | | Supplier | | | | 750.00 |
| Account No. <br> **International Connector, Inc.** <br> **119 Corporation Way, Unit D** <br> **Venice, FL  34292** | | | Supplier | | | | 250.00 |
| Account No. <br> **IRC** <br> **P. O. Box 651565** <br> **Charlotee, NC  28265** | | | Supplier | | | | 1,000.00 |
| Account No. <br> **J-Byte Electronics** <br> **5223 Park Blvd** <br> **Pinellas Park, FL  33781** | | | Supplier | | | | 14,000.00 |
| Account No. <br> **Jack Paul** <br> **925 S Dunton** <br> **Arlington Heights, IL  60005** | | | Personal loan | | | | 160,000.00 |
| Account No. <br> **JACO Electronics, Inc** <br> **P. O. Box 18055** <br> **Hauppauge, NY  11788** | | | Supplier | | | | 2,000.00 |

Sheet _____ **10** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **178,135.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.
Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Jameco Electronics <br> P. O. Box 882 <br> Belmont, CA  94002 | | | Supplier | | | | 1,800.00 |
| Account No. <br> Jay-Tronics, Inc <br> 124 N Rockton Avenue <br> Rockford, IL  61103-6693 | | | Supplier | | | | 70.00 |
| Account No. <br> Jerry Marinello <br> 17 W 535 Schiller Street <br> Villa Park, IL  60181 | | | Personal loan | | | | 160,000.00 |
| Account No. <br> Jewell Instruments, LLC <br> 850 Perimeter Road <br> Manchester, NH  03103 | | | Supplier | | | | 5.00 |
| Account No. <br> Joe Kanak Enterprises, Inc. <br> 8102 Lemont Road <br> Woodridge, IL  60517 | | | Supplier | | | | 60.00 |
| Account No. <br> Joseph Electronics <br> 6633 W Howard Streeg <br> Niles, IL  60714 | | | Supplier | | | | 725.00 |
| Account No. <br> Kemp, Howell <br> 7523-E Bristol Lane <br> Hanover Park, IL  60103-2575 | | | Supplier | | | | 22,100.00 |

Sheet _____ **11** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 184,760.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.                                      Case No. **04-10357**
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier | | | | |
| Kemper Insurance Company Box 1011 Solution Center Chicago, IL 60677-1000 | | | | | | | 500.00 |
| Account No. | | | Supplier | | | | |
| Kent Electronics P. O. Box 201523 Houston, TX 77216-1523 | | | | | | | 1,900.00 |
| Account No. | | | Supplier | | | | |
| King Wire Inc. 3873 Payshere Circle Chicago, IL 60674 | | | | | | | 600.00 |
| Account No. | | | Supplier | | | | |
| Klaus Companies 8400 N Allen Road Peoria, IL 61615 | | | | | | | 550.00 |
| Account No. | | | Supplier | | | | |
| KMB Enterprises, Inc. 905 Tall Grass Court St. Charles, IL 60174 | | | | | | | 800.00 |
| Account No. | | | Supplier | | | | |
| Lake-View Electronics Corp. 1054 E Pioneer Road Grafton, WI 53024 | | | | | | | 1,400.00 |
| Account No. | | | Supplier | | | | |
| Lakeview Rubber Stamp Company 4316 N Lincoln Avenue Chicago, IL 60618-1791 | | | | | | | 30.00 |

Sheet ____12____ of ____24____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                   5,780.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier | | | | |
| Larsen Packaging Products P. O. Box 252 Medinah, IL 60157-0252 | | | | | | | 500.00 |
| Account No. | | | Personal loan | | | | |
| Leanne Szwankowski 211 W Franklin Street Wheaton, IL 60187 | | | | | | | 6,000.00 |
| Account No. | | | Supplier | | | | |
| Lectro Components, Inc. 154 Easy Street Carol Stream, IL 60188 | | | | | | | 1,100.00 |
| Account No. | | | Supplier | | | | |
| Leeds Electronics 8300 W Addison Street Chicago, IL 60634 | | | | | | | 3,200.00 |
| Account No. | | | Supplier | | | | |
| Lowey Foods, Inc. P. O. Box 6700 Detriot, MI 48267-2230 | | | | | | | 500.00 |
| Account No. | | | Supplier | | | | |
| Mainline Electronics Supply 2433 Von Esch Road Plainfiled, IL 60544 | | | | | | | 4,150.00 |
| Account No. | | | Supplier | | | | |
| Major/Edwards Electronic 23 Summer Street Pawtucket, RI 02860 | | | | | | | 500.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____ **13** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 15,950.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Master Distributors**<br>P. O. Box 512639<br>Los Angeles, CA  90051-0639 | | | Supplier | | | | 5,000.00 |
| Account No.<br>**Melba Marinello**<br>C/O Jerry Marinello<br>17 W 535 Schiller Street<br>Villa Park, IL  60181 | | | Personal loan | | | | 60,000.00 |
| Account No.<br>**Meriteck Elect. Corp.**<br>11824 Hamden Place<br>Sante Fe Springs, CA  90670 | | | Supplier | | | | 7,200.00 |
| Account No.<br>**Metellics, Inc.**<br>W7274 County Hwy. Z<br>P. O. Box 99<br>Onalaska, WI  54650-0099 | | | Supplier | | | | 300.00 |
| Account No.<br>**Midwest Wintronic Inc**<br>251 Eastern Avenue<br>Bensenville, IL  60106 | | | Supplier | | | | 4,500.00 |
| Account No.<br>**Mouser Electronics**<br>P. O. Box 99319<br>Ft. Worth, TX  76199-0319 | | | Supplier | | | | 5,150.00 |
| Account No.<br>**Murphy Packaging**<br>150 N Fairway Drive, Ste 160<br>Vernon Hills, IL  60061 | | | Supplier | | | | 200.00 |

Sheet _____ **14** of _____ **24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **82,350.00**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. (1-800-998-2424) - Form's Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Assembled Circuits, Inc.                                         Case No. __04-10357__
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>MXIM/Dallas Direct, Inc.<br>File No. 73803<br>P. O. Box 6000<br>San Francisco, CA  94160-3803 | | | Supplier | | | | 1,250.00 |
| Account No.<br>Nedco Electronics<br>3433 E 25th Street<br>Mail Stop 4<br>Minneapolis, MN  55406 | | | Supplier | | | | 7,100.00 |
| Account No.<br>Newart Electronics<br>P. O. Box 94151<br>Palatine, IL  60094-4151 | | | Supplier | | | | 2,700.00 |
| Account No.<br>Nicor Gas<br>P. O. Box 2020<br>Aurora, IL  60507 | | | Supplier | | | | 3,000.00 |
| Account No.<br>Office Depot Credit Plan<br>Dept. 56 4204517147<br>P. O. Box 9020<br>Des Moines, IA  50368-9020 | | | Supplier | | | | 750.00 |
| Account No.<br>Omega Components<br>C/O LSQ Funding Group, LC<br>P. O. Box 102432<br>Atlanta, GA  30368-2432 | | | Supplier | | | | 4,650.00 |
| Account No.<br>Omron Electronics, Inc.<br>P. O. Box 73285<br>Chicago, IL  60673-7285 | | | Supplier | | | | 5.00 |

Sheet _____15___ of _____24___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)          **19,455.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.                                    Case No. **04-10357**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier | | | | |
| One Source 28 W 210 Warrenville Road Warrenville, IL 60555 | | | | | | | 725.00 |
| Account No. | | | Supplier | | | | |
| Orange County Components, Inc 2925-A5 College Avenue Costa Mesa, CA 92626 | | | | | | | 2,300.00 |
| Account No. | | | Supplier | | | | |
| Orkin Pest Control 940 S Frontage Road, Ste 1200 Woodridge, IL 60517 | | | | | | | 220.00 |
| Account No. | | | Supplier | | | | |
| Pacific States Felt & Mfg. Company P. O. Box 5024 Hayward, CA 64540 | | | | | | | 2,250.00 |
| Account No. | | | Supplier | | | | |
| Palmer Packaging Inc P. O. Box 335 Addison, IL 60101 | | | | | | | 1,150.00 |
| Account No. | | | Supplier | | | | |
| Partminer Direct, Inc. 1Lock Box 27299 P. O. Box 27299 New York, NY 10087-7299 | | | | | | | 700.00 |
| Account No. | | | Supplier | | | | |
| Perllo Technologies, Inc. 1121 E Main, #110, Ste 340 St. Charles, IL 60174 | | | | | | | 3,100.00 |

Sheet _____ **16** of ____ **24** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)        **10,445.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. 04-10357

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Pfund & Clint<br>123 N York Street<br>Elmhurst, IL  60126 | | | Supplier | | | | 160.00 |
| Account No.<br>Pioneer Standard Electronics<br>Dept. CH 10536<br>Palatine, IL  60055-0536 | | | Supplier | | | | 26,000.00 |
| Account No.<br>Pitney Bowes, Inc.<br>Facsimile Division<br>P.O. Box 856390<br>Louisville, KY  40285-6390 | | | Supplier | | | | 300.00 |
| Account No.<br>Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville, KY  40285-6390 | | | Notice purpose only | | | | 0.00 |
| Account No.<br>Preferred Fasteners, Inc<br>250 S Westgate Drive<br>Carol Stream, IL  60188 | | | Supplier | | | | 180.00 |
| Account No.<br>Prem Magnetics, Inc<br>3521 N Chapel Hill Road<br>McHenry, IL  60050 | | | Supplier | | | | 20.00 |
| Account No.<br>Products Research Inc<br>1550 Fullerton Avenue<br>Addison, IL  60101 | | | Supplier | | | | 51,050.00 |

Sheet _____17___ of _____24____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   77,710.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

IN RE. Assembled Circuits, Inc.

Debtor(s)

Case No. 04-10357

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>QI Exchange LLC<br>Commercial Lending Services<br>P. O. Box 1106<br>Westmont, IL  60559 | | | Supplier | | | | 700.00 |
| Account No.<br>Qualiteck International, Inc<br>315 Fairbank Street<br>Addison, IL  60101 | | | Supplier | | | | 170.00 |
| Account No.<br>Questek Mfg. Corporation<br>Dept. 4088<br>Elgin, IL  60122-4088 | | | Supplier | | | | 4,300.00 |
| Account No.<br>Quill Corporation<br>P. O. Box 94081<br>Palatine, IL  60094-4081 | | | Supplier | | | | 500.00 |
| Account No.<br>Raquel Trevino<br>9209 Nagle Avenue<br>Morton Grove, IL  60053 | | | Personal loan | | | | 6,000.00 |
| Account No.<br>Rellable Office Supply<br>135 S LaSalle Street<br>Dept. 8001<br>Chicago, IL  60674-8001 | | | Supplier | | | | 600.00 |
| Account No.<br>Reliance Merchandising Company<br>651 Winks Lane<br>Bensalem, PA  19020 | | | Supplier | | | | 1,600.00 |

Sheet ___18___ of ___24___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   13,870.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.                                    Case No. **04-10357**
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Reliance Printing Technology** <br> **1000 Industrial Drive, Unit 3A** <br> **Bensenville, IL  60106** | | | **Supplier** | | | | **70.00** |
| Account No. <br> **Richard B. Edelman** <br> **2838 N Albany Unit 1W** <br> **Chicago, IL  60618** | | | **Legal fees** | | | | **8,000.00** |
| Account No. <br> **Richard Kaman** <br> **3607 Robin Court** <br> **Spring Grove, IL  60081** | | | **Personal loan** | | | | **5,000.00** |
| Account No. <br> **Rogan Corporation** <br> **P. O. Box 88493** <br> **Dept. A** <br> **Chicago, IL  60680-1493** | | | **Supplier** | | | | **1,200.00** |
| Account No. <br> **Safeguard Business Systems** <br> **P. O. Box 910947** <br> **Los Angeles, CA  90091-0947** | | | **Supplier** | | | | **500.00** |
| Account No. <br> **Sager Electronics** <br> **Fleet Bank** <br> **P. O. Box 74550** <br> **Chicago, IL  60690** | | | **Supplier** | | | | **1,600.00** |
| Account No. <br> **Samtec, Inc.** <br> **Section 989** <br> **Louisville, KY  40289** | | | **Supplier** | | | | **2,000.00** |

Sheet _____**19** of _____**24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  **18,370.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc. _____   Case No. 04-10357 _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **SBC Consumer Bankruptcy** <br> **P. O. Box 769** <br> **Arlington, TX 76004** | | | Supplier | | | | 500.00 |
| Account No. <br> **Schuster Electronics** <br> **P. O. Box 713873** <br> **Columbus, OH 43217-3873** | | | Supplier | | | | 1,450.00 |
| Account No. <br> **Schuten Electronics, Inc.** <br> **751 Racquet Club Drive** <br> **Addison, IL 60101** | | | Supplier | | | | 6,600.00 |
| Account No. <br> **Sealcon LLC** <br> **14853 E Hinsdale Avenue, Unit D** <br> **Englewood, CO 80112** | | | Supplier | | | | 1,100.00 |
| Account No. <br> **Sears & Anderson** <br> **245 Eric Drive** <br> **Palatine, IL 60067** | | | Supplier | | | | 150.00 |
| Account No. <br> **Shell Oil Company** <br> **P. O. Box 9016** <br> **Des Moines, IA 50368-9016** | | | Supplier | | | | 1,600.00 |
| Account No. <br> **Sherri & William Adelizzi** <br> **23392 W Quail Court** <br> **Barrington, IL 60010** | | | Personal loan | | | | 12,000.00 |

Sheet ___**20**___ of ___**24**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    23,400.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Form's Software Only

**IN RE** Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. _____<br>**Solid State, Inc**<br>**46 Farrand Street**<br>**Bloomfield, NJ 07003** | | | Supplier | | | | 1,200.00 |
| Account No.<br>**South Bay Components, Inc.**<br>**24412 S Main**<br>**Building #101**<br>**Carson, CA 90745** | | | Supplier | | | | 13,500.00 |
| Account No.<br>**Spema Ltd.**<br>**1550 Fullerton Avenue**<br>**Addison, IL 60101** | | | Supplier | | | | 1,500.00 |
| Account No.<br>**Star Electronics, Inc**<br>**825 Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | | | Supplier | | | | 101,200.00 |
| Account No.<br>**Sub-Sem, Inc.**<br>**P. O. Box 161**<br>**Crystal Lake, IL 60039-0161** | | | Supplier | | | | 50.00 |
| Account No.<br>**Subtronics Assembly Corp**<br>**940 Lakeside Drive**<br>**Gurnee, IL 60031** | | | Supplier | | | | 19,800.00 |
| Account No.<br>**Suburban Janitoral Sales**<br>**29 W 151 North Avenue**<br>**West Chicago, IL 60185** | | | Supplier | | | | 400.00 |

Sheet ____**21**____ of ____**24**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **137,650.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Assembled Circuits, Inc.
_____
Debtor(s)

Case No. 04-10357

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Suburban Packing Supplies**<br>**440 Country Club Dirve**<br>**Bensenville, IL  60106** | | | Supplier | | | | 500.00 |
| Account No.<br>**Tahoe Industries Ltd**<br>**388-1 Jen-A1 Road, Sec 4**<br>**2nd Floor**<br>**Taipei Taiwan R.O.C.,** | | | Supplier | | | | 47,000.00 |
| Account No.<br>**Technimark, Inc**<br>**720 Industrial Drive, #111**<br>**Cary, IL  60013** | | | Supplier | | | | 30.00 |
| Account No.<br>**Travelers Indemnity & Affl**<br>**P. O. Box 96596**<br>**Chicago, IL  60693-6596** | | | Supplier | | | | 2,150.00 |
| Account No.<br>**UPS**<br>**Lock Box 577**<br>**Carol Stream, IL  60132-0577** | | | Supplier | | | | 70.00 |
| Account No.<br>**US Relay And Technology Inc**<br>**P. O. Box 1584**<br>**Chino Hills, CA  91709** | | | Supplier | | | | 400.00 |
| Account No.<br>**Vermont Flexible Tubing, Inc**<br>**75 Smiths Road**<br>**P. O. Box 46**<br>**Lyndonville, VT  05851** | | | Supplier | | | | 160.00 |

Sheet _____**22**_____ of _____**24**_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)  50,310.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

* IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Victory Packaging<br>P. O. Box 844138<br>Dallas, TX  75284-4138 | | | Supplier | | | | 300.00 |
| Account No.<br>Viking Forms And Labels<br>P. O. Box 2056<br>Des Plaines, IL  60017-2056 | | | Supplier | | | | 350.00 |
| Account No.<br>Viking Office Products<br>P.O. Box 30488<br>Los Angeles, CA  90030-0488 | | | Supplier | | | | 500.00 |
| Account No.<br>Village Of Addison<br>P. O. Box 4794<br>Addison, IL  60101 | | | Supplier | | | | 300.00 |
| Account No.<br>Voyager Electronics Corp<br>804 Thorndale Avenue<br>Bensenville, IL  60106 | | | Supplier | | | | 20.00 |
| Account No.<br>West Suburban Office Supply<br>178 N York Road<br>Elmhurst, IL  60126 | | | Supplier | | | | 500.00 |
| Account No.<br>Xerox Corporation<br>P. O. Box 660501<br>Dallas, TX  75265-0361 | | | Supplier | | | | 1,300.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet _____**23**_____ of _____**24** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)    **3,270.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

IN RE Assembled Circuits, Inc.

Debtor(s)

Case No. **04-10357**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Xerox Corporation <br> P. O. Box 802555 <br> Chicago, IL 60680-2555 | | | Notice purpose only | | | | 0.00 |
| Account No. <br> Xpect First Aid <br> 1071 Judson Avenue <br> Bensenville, IL 60106 | | | Supplier | | | | 15.00 |
| Account No. <br> Yen Bach Tran <br> 1570 Hunting Hound Lane <br> Bartlett, IL 60103 | | | Personal loan | | | | 15,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ____**24**____ of ____**24**____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **15,015.00**

(Complete only on last sheet of Schedule F) **TOTAL** **1,107,480.00**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: Assembled Circuits, Inc.                                                    Case No. 04-10357
_____
                     Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GMAC<br>P. O. Box 217060<br>Auburn Hills, MI 48321-7060 | Lease on 2002 Cadillac Seville, 2004 Cadillac seville |
| Ford Motor Credit Company<br>National Bankruptcy Service Center<br>P. O. Box 537901<br>Livonia, MI 48153-7901 | Lease on S2000 Honda, Lease on 2001 Mercury Sable |
| Hinz Management<br>50 N Broadway, Ste 4-6<br>Palatine, IL 60067 | Lease on space at 1550 Fullerton, Addison, Ill. |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE: **Assembled Circuits, Inc.**                                                    Case No. **04-10357**
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
|  |  |

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

\* IN RE: **Assembled Circuits, Inc.**

Case No. **04-10357**

Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

Debtor

Date: _____        Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.
                                                                     (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer                            Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Assembled Circuits, Inc.** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **34** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **March 29, 2004** _____        Signature: _____

**Jerry Marinello**

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only