### 1313

L6056 A1 36    BAL. BRO'T FOR'D: 484 31

DATE: 3/15/04
TO: Gene Spiller
FOR: P/R ck (not written yet)
For 3/12 P/R

DEPOSITS: 802 27, 1205 00, +673 40 VOID CKS

VOID

TOTAL: 1322 97
THIS CHECK: 533 32
OTHER:
BALANCE:

### 1314

DATE: 3/15/04
TO: Victor Erickson
  Repaid 2/9/04
FOR: P/R ck (not written yet)
For 3/12 P/R

TOTAL:
THIS CHECK: 670 24
OTHER:
BALANCE: 119 41

### 1315

DATE: 3-16-04
TO: Cashier ck for David Alm

DEPOSITS: 10,830 00, 2500 00

FOR: for David Alm Attorney

TOTAL: 13449 41
THIS CHECK: 2500 00
OTHER:
BALANCE: 10949 41

| 1316 | | BAL. BROT FOR'D | 10,949 | 41 |
|---|---|---|---|---|
| DATE 3/15/04 | | | | |
| TO Cashier ch/for Mike Davis | | | | |
| FOR Attorney | | TOTAL | | |
| | | THIS CHECK | 10830 | 00 |
| | | OTHER | | |
| TAX DEDUCTIBLE | | BALANCE | 119 | 41 |

| 1317 | | VOIDED CK +533 | 37 | |
|---|---|---|---|---|
| DATE 3/24/04 | | 4065 | 99 | |
| TO Post office | | | | |
| FOR Stamps | | TOTAL | 4718 | 77 |
| 3/17 ENG P/R | | THIS CHECK | 37 | — |
| tax 941 | | OTHER | 1089 | 16 |
| | | | 2976 | 83 |
| TAX DEDUCTIBLE | | BALANCE | 652 | 73 |

| 1318 | | VOID CK +153 | 81 | |
|---|---|---|---|---|
| DATE 3/24/04 | Bk fees | <1406 | 65> | |
| TO Hedland | Bk bal | <745 | 76> | |
| | | 1260 | 25 | |
| FOR Shipping | | TOTAL | 477 | 49 |
| | | THIS CHECK | 28 | 25 |
| | | OTHER | | |
| TAX DEDUCTIBLE | | BALANCE | 449 | 24 |



**1319** — BAL BRO'T FOR'D 449.24 | DEPOSITS 807.80
DATE 3-24-04
TO World Class [illegible]
FOR PO 27924
TOTAL 1257.04 | THIS CHECK 51.00 | BALANCE 1206.04

**1320** — DEPOSITS 6333.00
DATE 3-26-04
TO Village of Addison
FOR Water Bills
TOTAL 7539.04 | THIS CHECK 102.81
3/25 941
3/25/04 P/R for W/E 3/1
OTHER 1893.79 / 5162.26
BALANCE 380.18

**1321**
DATE ___
TO ___
FOR ___

ASSEMBLED CIRCUITS INC.  09-02
1550-A FULLERTON AVE.
ADDISON, IL 60101

PAY TO THE ORDER OF ___

LaSalle Bank N.A.
Member ABN AMRO Group
Chicago, Illinois 60603
lasallebank.com

FOR ___

⑈001321⑈ ⑇071000 50

# Exhibit B
# SOFA #4

## Assembled Circuits, Inc.- Litigation status as of 3/15/04

| Creditor name, case no. & Court location | Judgment date | Amount |
|---|---|---|
| 1. Newark Electronics Corp.-02AR679-DuPage | 7/31/02 | $4,436.75 |
| 2. Allied Electronics Inc.-02M1 162251-Cook | 7/17/03 | $9116.37 |
| 3. Voyager Electronics Corp.-02SC3973-DuPage | 9/26/02 | ($4718.72-$750.00) |
| 4. Mainline Electronics Supply Inc.-02SC4786-DuPage | 10/8/02 | $4,111.30 |
| 5. Loewy Foods-03SC2195-DuPage | 5/4/03 | approx.$500.00 |
| 6. Pioneer-Standard Electronics-03AR1043-DuPage | 5/12/03 | $23,106.59 |
| 7. Digi Key Corp.-02AR3338-DuPage | 1/16/03 | $9,578.49 |
| 8. Sager Electrical Supply Co.-03M1 103236-Cook | 6/4/03 | $1527.48 |
| 9. Classic Components Corp.-03SC732-DuPage | 9/15/03 | $1822.91 |
| 10. South Bay Components-03AR129-Winnebago | 11/5/02 | $19,932.00 |
| 11. Insulation Products Corp.-03SC3402-DuPage | 9/4/03 | ($2011.00-$907.53) |
| 12. Air O Tronics Inc.-03M1 195030-Cook | 7/29/03 | $8,872.79 |
| 13. Electronic Distributors Ltd.-03M1 153094-Cook | | $6,114.54 |
| 14. Leeds Electro Components Inc.-03SC4845-DuPage | | $3,188.62 |
| 15. Arrow Electronics Inc.-03AR2942-DuPage | | $7,060.32 |
| 16. J-Byte-03AR3274-DuPage | 1/6/04 | $14,593.78 |
| 17. Meritek Electronics Corp.-03CO1950-(Superior Ct.L.A., Southeast Dist.) | | $7,164.56 |
| 18. All American Semiconductor of N.Y. Inc.-03M1 168246-Cook | | $4,548.75 |
| 19. Herb Hinz-03LM-3966-DuPage | 1/31/04 | $53,224.60 |