## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: )
    ASSEMBLED CIRCUITS, INC. ) CASE NO. 04-10357
     ) CHAPTER 11
    Debtor ) JUDGE Squires

*[FILED stamp: KENNETH S. GARDNER, CLERK, UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, JUN 15 2004, PS REP. - KG]*

### NOTICE OF MOTION

TO:   See attached Service List

Please take notice that on the 17th day of June, 2004 at 9:30 a.m., Michael J. Davis of the firm of Kofkin, Springer, Scheinbaum, & Davis shall appear before the Honorable Judge Squires, or any judge sitting in his stead, in Courtroom No. 680 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois, and present the Debtor's Motion to Dismiss.

By: *[signature]*

One of Debtor's attorneys
Michael J. Davis #6197896
Kofkin, Springer, Scheinbaum, & Davis
611 S. Addison Road
Addison, IL 60101
630-530-9999

### PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served a copy of the foregoing Notice of Motion and attached Motion by Federal Express to the above named parties on June 10, 2004.

*[signature]*

| | | |
|---|---|---|
| Ira Bodenstein, U S Trustee<br>227 W Monroe Street, #3350<br>Chicago, IL 60606 | Jack Paul<br>925 S Dunlar<br>Arlington Heights, IL 60005 | Jerry Marinello<br>17 W 535 Schiller Street<br>Villa Park, IL 60181 |
| Star Electronics, Inc.<br>825 Pratt Blvd.<br>Elk Grove Village, IL 60007 | Melba Marinello<br>17 W 535 Schiller Street<br>Villa Park, IL 60181 | Products Research, Inc<br>1550 Fullerton Avenue<br>Addison, IL 60101 |
| Tahoe Industries Ltd.<br>388-1 Jen-Al Road, Sec.4<br>2nd Floor<br>Taipei Taiwan R.O.C. | Pioneer Standard Electronics<br>4800 E. 131St Street<br>Cleveland, OH 44105 | Hinz Management<br>P. O. Box 2779<br>Palatine, IL 60078-2779 |
| Circuit Sale International<br>29 Old Dock Road<br>Yaphank, NY 11980 | Teller, Levit & Silvertrust, P.C.<br>Attorneys for All American<br>Semiconductor of New York, Inc.<br>11 East Adams, Suite 800<br>Chicago, IL 60603 | Kemp, Howell<br>7523-E Bristol Lane<br>Hanover Park, IL 60103-2575 |
| Subtronics Assembly Corp.<br>940 Lakeside Drive<br>Gurnee, IL 60031 | Falcon Solutions<br>660 Hembree Parkway, Ste 106<br>Roswell, GA 30076-4974 | Yen Bach Tran<br>1570 Hunting Hound Lane<br>Bartlett, IL 60103 |
| J-Byte Electronics<br>5223 Park Blvd<br>Pinellas Park, FL 33781 | South Bay Components, Inc.<br>24412 S Main<br>Building #101<br>Carson, CA 90745 | FAI Electronics, Inc.<br>Dept. 3273<br>135 S LaSalle Street<br>Chicago, IL 60674-3273 |
| Arrow Electronics, Inc.<br>1162 Springlake Dr.<br>Itasca, IL 60143 | Sherri & William Adelizzi<br>23392 W Quail Court<br>Barrington, IL 60010 | Beyond Components, LLC<br>670 Albion Avenue<br>Schaumburg, IL 60193 |
| Bryan Ballowe<br>EPK Financial Corporation<br>5944 Luther Lane, Ste 300<br>Dallas, TX 75225 | Brett Schuch<br>Goodman Factors, Inc.<br>3010 LBJ Freeway, Ste 140<br>Dallas, TX 75234 | Tom Cavanaugh<br>Purchase Order Solutions, Inc.<br>303 E Seventeenth Avenue, Ste 405<br>Denver, CO 80203 |
| D. Patrick Mullarkey<br>Tax Division (DOJ)<br>555 4th Street N.W., P.O. Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044 | Internal Revenue Service<br>District Counsel<br>200 W. Adams St., Suite 2300<br>Chicago, IL 60606 | Internal Revenue Services<br>Special Procedures<br>230 S. Dearborn St., 27th Fl.<br>STOP 5014-CHI<br>Chicago, IL 60604 |
| Electro-Kinetics<br>859 N. Sievert Dr.<br>Wood Dale, IL 60191 | United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Arnold Law Firm<br>P.O. Box 3245<br>Bloomington, IL 61702<br>Attn: Joe Biggs |

Assembled Circuits, Inc.
1550 W. Fullerton Ave.
Addison, IL 60101

Allied Electronics, Inc
Accounts Receivable Dept.
P. O. Box 2325
Ft. Worth, TX 76113-2325

Bead Industries, Inc.
11 Cascade Blvd.
Milford, CT 06460

Kofkin, Springer,
Scheinbaum & Davis, P.C.
611 S. Addison Road
Addison, IL 60101

Altex-Mar Elect., Inc.
17201 Westfield Park Road
Westfield, IN 46074

Belford Electronics, Inc.
1460 Jeffrey Drive
Addison, IL 60101

A-1Credit Corp
P. O. Box 73095
Chicago, IL 60673-7095

American Electronic Wire/CDT
135 S LaSalle Street, Dept 1419
Chicago, IL 60674-1419

Bell, Boyd & Lloyd
Three First National Plaza
70 W Madison Street, Ste 3300
Chicago, IL 60602-4207

A.S.J. Components, Inc.
P. O. Box 29129
Phoenix, AZ 85038

American Int'l Companies
P. O. Box 382014
Pittsburgh, PA 15250-8014

Belrich, Inc
2341 N Lister Avenuef
Chicago, IL 60614-2981

Ability Fasteners, Inc.
685 Fargo Avenue
Elk Grove Village, IL 60007

Amistar Corporation
237 Via Vera Cruz
San Marcos, CA 92069-2698

Beyond Components, LLC
670 Albion Avenue
Schaumburg, IL 60193

Aero-Space Fasteners
9270 Bryant Avenue South
Minneapolis, MN 55420

Amlings Flowerland
P. O. Box 3219
Oak Brook, IL 60522-3219

BFI Of Melrose Park
P. O. Box 9001154
Louisville, KY 49290-1154

Airotronics - Micros
2747 Route 20 East
Cazenovia, NY 13035

Andrew King Cleaning Service, Inc
619 Lullo Drive
Addison, IL 60101

Bristol Electronics, Inc
11304 258th Court
P. O. Box 173
Trevor, WI 53179

All American
P. O. Box 74836
Chicago, IL 60694-4836

Arrow Electronics, Inc.
P. O. Box 790411
St. Louis, MO 63179-0411

Childs Antennas
132 Main Street E
Elysian, MN 56028

All American Paper Company
14 Plaza Drive
Westmont, IL 60559

AT & T WLD
P. O. Box 105306
Atlanta, GA 30348-5306

Chris Electronics
2023 W County Road C@
Roseville, MN 55113

All-Ways Fasteners, Inc.
1000 Industrial Drive, Unit 2-D
Bensenville, IL 60106

Badger Components, Inc.
4824 S 10th Street
Milwaukee, WI 53221

Chuck Heerhold
808 Black Walnut
Sugar Grove, IL 60554

Circuit Sales International
29 Old Dock Road
Yaphank, NY 11980

Cumberland Electronics, Inc.
P. O. Box 8003
Harrisburg, PA 17105

Electro-Stock, Inc.
P. O. Box 640
West Chicago, IL 60186-0640

Classic Components Corp.
23605 Telo Avenue
Torrance, CA 90505

D.F. Sales Company
P. O. Box 611654
San Jose, CA 95161

ELM/EDI
344 W Colfax Street
Palatine, IL 60067

Classic Components Supply, Inc.
3336 Commercial Avenue
Northbrook, IL 60062

Dale S. Trebbs
9209 Nagle Avenue
Morton Grove, IL 60053

Engineered Components Company
1100 Davis Raod
Elgin, IL 60123

Commonwealth Edison
Department Of Systems Credit
2100 Swift Drive
Oak Brook, IL 60523

DePendable Component Supply
1003 E Newport Center Drive
Deerfield Beach, FL 33442

EPK
5944 Luther Ln., St. 300
Dallas, TX 75225

Components Importers International
P. O. Box 59071
Schaumburg, IL 60159-0071

Derf Electronics Corp
1 Blehn Street
New Rochelle, NY 10801

Express Fasteners, Ltd.
65 N Brandon Drive
Glendale Heights, IL 60139

Contact East, Inc.
Dept. CH 10655
Palatine, IL 60055-0655

Digi-Key 136964
P. O. Box 250
Thief River Falls, MN 56701-0250

FAI Electronics Corp.
Dept. 3273
1235 S LaSalle Street
Chicago, IL 60674-3273

Core Comm Internet
P. O. Box 742594
Cincinnati, OH 45274-2594

DuPage Industrial Fasteners
137 Eisenhower Lane N
Lombard, IL 60148-5413

Falcon Solutions
11800 Wills Road, Ste 150
Alpharetta, GA 30004

CPM, Inc.
811 Center Street
Plainfield, IL 60544

EDX Electronics, Inc
1040 Willa Springs Drive
Winter Springs, FL 32708

Federeral Expresss Corp.
P. O. Box 1140
Memphis, TN 38101-1140

Cramer Coil & Transformer Company
401 Progress Drive
P. O. Box 200
Saukville, WI 53080

Electro Components Dist.
3496 Arden Road
Hayward, CA 94545-3906

Ferson Products
P. O. Box 3268
St. Charles, IL 60174

Crystaloid Technologies, Inc.
P. O. Box 952289
St. Louis, MO 63195-2289

Electro-Kinetics, Inc.
859 N Sivert Drive
Wood Dale, IL 60191

Garrett Electronics Corp.
1320 W McCoy Lane
Santa Maria, CA 93455

George F. Brunkalla
1012 Manchester Course
Geneva, IL 60134

HLK & Associates, Inc.
33251 Curtis Blvd
Eastlake, OH 44095

JACO Electronics, Inc
P. O. Box 18055
Hauppauge, NY 11788

GMAC
P. O. Box 5180
Carol Stream, IL 60197-5180

Hoffman Products
135 S LaSalle Street, Dept. 3689
Chicago, IL 60674-3689

Jameco Electronics
P. O. Box 882
Belmont, CA 94002

GO Electronics
360 Hickman Drive
Sanford, FL 32771

Illinois Department Of Revenue
Bankruptcy & Probate
100 E Randolph Street, 7th Floor
Chicago,, IL 60601

Jay-Tronics, Inc
124 N Rockton Avenue
Rockford, IL 61103-6693

Goodman Factor
3010 LBJ Freeway, St. 140
Dallas, TX 75234

Indiana Transformer, Inc.
908 S Westgate Street
Addison, IL 60101

Jerry Marinello
17 W 535 Schiller Street
Villa Park, IL 60181

Grab On Products, Inc.
P. O. Box 2276
Walla Walla, WA 99362

Insulation Products Corp
650 S Schmidt Road
Bolingbrook, IL 60440

Jewell Instruments, LLC
850 Perimeter Road
Manchester, NH 03103

Grove Metal Fabricators, Inc.
8550 W Grand Avenue
River Grove, IL 60171

Internal Revenue Services
Mail Stop 5010 CHI
230 S Dearborn
Chicago, IL 60604

Joe Kanak Enterprises, Inc.
8102 Lemont Road
Woodridge, IL 60517

Harber Indurstrials, Inc.
5000 W 73rd Street
Bedford Park, IL 60638

International Connector, Inc.
119 Corporation Way, Unit D
Venice, FL 34292

Joseph Electronics
6633 W Howard Streeg
Niles, IL 60714

Harris Bank Leasing
Ref No. 24327478
P. O. Box 41601
Philadelphia, PA 19101-1601

IRC
P. O. Box 651565
Charlotee, NC 28265

Kemp, Howell
7523-E Bristol Lane
Hanover Park, IL 60103-2575

Healthcare Service Corp
P. O. Box 1186
Chicago, IL 60690-1186

J-Byte Electronics
5223 Park Blvd
Pinellas Park, FL 33781

Kemper Insurance Company
Box 1011 Solution Center
Chicago, IL 60677-1000

Hinz Management
50 N Broadway, Ste 4-6
Palatine, IL 60067

Jack Paul
925 S Dunton
Arlington Heights, IL 60005

Kent Electronics
P. O. Box 201523
Houston, TX 77216-1523

King Wire Inc.
3873 Payshere Circle
Chicago, IL 60674

Mainline Electronics Supply
2433 Von Esch Road
Plainfiled, IL 60544

Nedco Electronics
3433 E 25th Street
Mail Stop 4
Minneapolis, MN 55406

Klaus Companies
8400 N Allen Road
Peoria, IL 61615

Major/Edwards Electronic
23 Summer Street
Pawtucket, RI 02860

Newart Electronics
P. O. Box 94151
Palatine, IL 60094-4151

KMB Enterprises, Inc.
905 Tall Grass Court
St. Charles, IL 60174

Master Distributors
P. O. Box 512639
Los Angeles, CA 90051-0639

Nicor Gas
P. O. Box 2020
Aurora, IL 60507

Lake-View Electronics Corp.
1054 E Pioneer Road
Grafton, WI 53024

Melba Marinello
C/O Jerry Marinello
17 W 535 Schiller Street
Villa Park, IL 60181

Office Depot Credit Plan
Dept. 56 4204517147
P. O. Box 9020
Des Moines, IA 50368-9020

Lakeview Rubber Stamp Company
4316 N Lincoln Avenue
Chicago, IL 60618-1791

Meriteck Elect. Corp.
11824 Hamden Place
Sante Fe Springs, CA 90670

Omega Components
C/O LSQ Funding Group, LC
P. O. Box 102432
Atlanta, GA 30368-2432

Larsen Packaging Products
P. O. Box 252
Medinah, IL 60157-0252

Metellics, Inc.
W7274 County Hwy. Z
P. O. Box 99
Onalaska, WI 54650-0099

Omron Electronics, Inc.
P. O. Box 73285
Chicago, IL 60673-7285

Leanne Szwankowski
211 W Franklin Street
Wheaton, IL 60187

Midwest Wintronic Inc
251 Eastern Avenue
Bensenville, IL 60106

One Source
28 W 210 Warrenville Road
Warrenville, IL 60555

Lectro Components, Inc.
154 Easy Street
Carol Stream, IL 60188

Mouser Electronics
P. O. Box 99319
Ft. Worth, TX 76199-0319

Orange County Components, Inc
2925-A5 College Avenue
Costa Mesa, CA 92626

Leeds Electronics
8300 W Addison Street
Chicago, IL 60634

Murphy Packaging
150 N Fairway Drive, Ste 160
Vernon Hills, IL 60061

Orkin Pest Control
940 S Frontage Road, Ste 1200
Woodridge, IL 60517

Lowey Foods, Inc.
P. O. Box 6700
Detriot, MI 48267-2230

MXIM/Dallas Direct, Inc.
File No. 73803
P. O. Box 6000
San Francisco, CA 94160-3803

Pacific States Felt & Mfg. Company
P. O. Box 5024
Hayward, CA 64540

Palmer Packaging Inc
P. O. Box 335
Addison, IL  60101

QI Exchange LLC
Commercial Lending Services
P. O. Box 1106
Westmont, IL  60559

Rogan Corporation
P. O. Box 88493
Dept. A
Chicago, IL  60680-1493

Partminer Direct, Inc.
1Lock Box 27299
P. O. Box 27299
New York, NY  10087-7299

Qualiteck International, Inc
315 Fairbank Street
Addison, IL  60101

Safeguard Business Systems
P. O. Box 910947
Los Angeles, CA  90091-0947

Perllo Technologies, Inc.
1121 E Main, #110, Ste 340
St. Charles, IL  60174

Questek Mfg. Corporation
Dept. 4088
Elgin, IL  60122-4088

Sager Electronics
Fleet Bank
P. O. Box 74550
Chicago, IL  60690

Pfund & Clint
123 N York Street
Elmhurst, IL  60126

Quill Corporation
P. O. Box 94081
Palatine, IL  60094-4081

Samtec, Inc.
Section 989
Louisville, KY  40289

Pioneer Standard Electronics
Dept. CH 10536
Palatine, IL  60055-0536

Raquel Trevino
9209 Nagle Avenue
Morton Grove, IL  60053

SBC Consumer Bankruptcy
P. O. Box 769
Arlington, TX  76004

Pitney Bowes, Inc.
Facsimile Division
P.O. Box 856390
Louisville, KY  40285-6390

Reliable Office Supply
135 S LaSalle Street
Dept. 8001
Chicago, IL  60674-8001

Schuster Electronics
P. O. Box 713873
Columbus, OH  43217-3873

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY  40285-6390

Reliance Merchandising Company
651 Winks Lane
Bensalem, PA  19020

Schuten Electronics, Inc.
751 Racquet Club Drive
Addison, IL  60101

Preferred Fasteners, Inc
250 S Westgate Drive
Carol Stream, IL  60188

Reliance Printing Technology
1000 Industrial Drive, Unit 3A
Bensenville, IL  60106

Sealcon LLC
14853 E Hinsdale Avenue, Unit D
Englewood, CO  80112

Prem Magnetics, Inc
3521 N Chapel Hill Road
McHenry, IL  60050

Richard B. Edelman
2838 N Albany Unit 1W
Chicago, IL  60618

Sears & Anderson
245 Eric Drive
Palatine, IL  60067

Products Research Inc
1550 Fullerton Avenue
Addison, IL  60101

Richard Kaman
3607 Robin Court
Spring Grove, IL  60081

Shell Oil Company
P. O. Box 9016
Des Moines, IA  50368-9016

| | | |
|---|---|---|
| Sherri & William Adelizzi<br>23392 W Quail Court<br>Barrington, IL 60010 | Tahoe Industries Ltd<br>388-1 Jen-A1 Road, Sec 4<br>2nd Floor<br>Taipei Taiwan R.O.C., | Voyager Electronics Corp<br>804 Thorndale Avenue<br>Bensenville, IL 60106 |
| Solid State, Inc<br>46 Farrand Street<br>Bloomfield, NJ 07003 | Technimark, Inc<br>720 Industrial Drive, #111<br>Cary, IL 60013 | West Suburban Office Supply<br>178 N York Road<br>Elmhurst, IL 60126 |
| South Bay Components, Inc.<br>24412 S Main<br>Building #101<br>Carson, CA 90745 | Travelers Indemnity & Affl<br>P. O. Box 96596<br>Chicago, IL 60693-6596 | Xerox Corporation<br>P. O. Box 660501<br>Dallas, TX 75265-0361 |
| Spema Ltd.<br>1550 Fullerton Avenue<br>Addison, IL 60101 | UPS<br>Lock Box 577<br>Carol Stream, IL 60132-0577 | Xerox Corporation<br>P. O. Box 802555<br>Chicago, IL 60680-2555 |
| Star Electronics, Inc<br>825 Pratt Blvd.<br>Elk Grove Village, IL 60007 | US Relay And Technology Inc<br>P. O. Box 1584<br>Chino Hills, CA 91709 | Xpect First Aid<br>1071 Judson Avenue<br>Bensenville, IL 60106 |
| Steve Wolfe<br>U.S. Trustees Office<br>227 W. Monroe St., St. 3350<br>Chicago, IL 60606 | Vermont Flexible Tubing, Inc<br>75 Smiths Road<br>P. O. Box 46<br>Lyndonville, VT 05851 | Yen Bach Tran<br>1570 Hunting Hound Lane<br>Bartlett, IL 60103 |
| Sub-Sem, Inc.<br>P. O. Box 161<br>Crystal Lake, IL 60039-0161 | Victory Packaging<br>P. O. Box 844138<br>Dallas, TX 75284-4138 | |
| Subtronics Assembly Corp<br>940 Lakeside Drive<br>Gurnee, IL 60031 | Viking Forms And Labels<br>P. O. Box 2056<br>Des Plaines, IL 60017-2056 | |
| Suburban Janitoral Sales<br>29 W 151 North Avenue<br>West Chicago, IL 60185 | Viking Office Products<br>P.O. Box 30488<br>Los Angeles, CA 90030-0488 | |
| Suburban Packing Supplies<br>440 Country Club Dirve<br>Bensenville, IL 60106 | Village Of Addison<br>P. O. Box 4794<br>Addison, IL 60101 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
    ASSEMBLED CIRCUITS, INC.       )    CASE NO. 04-10357
                                    )    CHAPTER 11
    Debtor                          )    JUDGE SQUIRES

## MOTION TO DISMISS
## AND TO SHORTEN NOTICE PERIOD

    **ASSEMBLED CIRCUITS, INC.** ("Debtor"), Debtor In Possession, by and through their attorney Michael J. Davis hereby moves this court for an order of dismissal pursuant to Sec. 305 of the United States Bankruptcy Code (the "Code") and to shorten the twenty day notice period required pursuant to Rule 2002(a)(2) of the Code, and in support thereof, states as follows:

    1.    This case was commenced on March 16, 2004 when the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. No trustee has been appointed. No trustee has been appointed. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108.

    2.    The Debtor is in the business of manufacturing various electronic assemblies for resellers, with a base in circuit boards. The Debtor ceased operating on or about June 1, 2004 because of a lack of funds generated from sales. These funds were necessary to make payroll to pay employees who manufactured the products the Debtor used.

    3.    This Court enetered Orders which permitted Debtor to enter into Post Petition Fianancing Agreements with EPK Financial and Purchase Order Solutions for purchase order financing. This type oif financing allowed the Debtor to pledge purchase orders as collateral for financing advanced by these entities. The Court also entered into an Order which permitted the

1

Debtor to enter into a Factoring arrangement with Goodman Factoring in which the Debtor pledged receivables in return for funds. An Intercreditor Agreement was entered into between Goodman and EPK and between Goodman and Purchase Order Solutions which required Goodman to pay all funds over to EPK and Purchase Order Solutions upon collection by Goodman. Because of this type of financing, the Debtor has not produced any product which is not subject to the security interest of the above named Post Petition Financing entities, and, upon, final settlement, the debtor is unlikely to receive any funds from these entities.

4. The Debtor also occupied space which contained its equipment and inventory. The landlord for this space is Hinz Management (the "Landlord"). Prior to the filing of this case, the Debtor was deliquent in the rent payments to the Landlord in the amount of $27,000 representing three months rent. Since the filing of the case, the Debtor has only been able to pay one months rent to the Landlord, and is currently in arrears to the Landlord post petition in the amount of $16,800.

5. Pursuant to the Schedule B filed in this case (attached as Exhibit A), the Debtor had the following assets upon the filing of the case:

| | |
|---|---|
| Checking account | 1000.00 |
| Security Deposit | 5000.00 |
| Receivables | 30000.00 |
| Ford Van | 3500.00 |
| Office Equipment | 10000.00 |
| Manu Equipment | 29300.00 |
| Inventory | 300000.00 |
| Total | 378800.00 |

6. As of the ceassation of operations, no funds remain from the checking account, the security deposit or the receivables. The office equipment and manufacturing equipment are

fully depreciated and retain only liqyuidation value,. The inventory consists of thousands of small parts that fit into circuit boards and, pursuant to the affidavit of Jerry Marinello, President of the Debtor, (attached as Exhibit B), has a value of ten cents on the dollar.

7. The interest of the Debtor and the Creditors would be better served by dismissal of the case because the liquidation value of the estate is likely less than $40,000. By the time the case is converted and administered by a trustee, the landlord would be owed post petition rents far in excess of the liquidation value of the estate. Because of the pre-petition and post petition amounts owed to the lamdlord, the landlord supports this Motion in order to facilitate the sale of the assets and the vacation of his property by the Debtor. The secured creditors would be paid in full from the pledge of receivables, and the remaining amount owed to unsecured creditors of $1,107,000 would go unpaid as the administrative claim of the landlord and the costs of administering the assets would take up all other funds. The Debtor has agreed to execute an assignment for the benefit of creditors which could be quickly and efficiently administered by a third party fiduciary who would be put in place to protect the creditors interest and sell the assets quickly. See Affidavit of Jerry Marinello, attached as Exhibit B.

8. Pursuant to Rule 2002(a)(5) of the Bankruptcy Rules, twenty day notice of the hearing is required for dismissal of a case.

9. Debtor requests that this court issue an order dismissing this case pursuant to Sec. 305 of the Code for the reasons stated herein and to shorten the notice period to the notice given.

**WHEREFORE**, Debtor, **ASSEMBLED CIRCUITS, INC.** respectfully requests that the court dismiss the case and for such other and further relief as is just.

**ASSEMBLED CIRCUITS, INC**

By: _____/s/_____

Attorney for Debtor
Michael J. Davis #6197896
Kofkin, Springer, Scheinbaum, & Davis
611 S. Addison Road
Addison, IL 60101
630-530-9999

# Exhibit A

IN RE Assembled Circuits, Inc.  
Debtor(s)

Case No. 04-10357

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **LaSalle Bank Chicago, Ill. Acct. #** | | 1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Hinz Management Security Deposit on space** | | 5,000.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Trade receivables** | | 30,000.00 |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

SCHEDULE B - PERSONAL PROPERTY

IN RE Assembled Circuits, Inc. _____   Case No. **04-10357**
　　　　　　　　　　　　　　Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Ford Aerostar Van | | 3,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Desks and computers | | 10,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Air compressors - 4000<br>Wire Strippers - 1800<br>Insertion equipment - 8000<br>Wave Soddering equipment - 4000<br>Oscilloscope and meters - 2000<br>Phone system - 500<br>Presses - 1500<br>Assembly tables and chairs - 5000<br>Lead Trimmer - 1000<br>Various handtools - 1500 | | 29,300.00 |
| 28. Inventory. | | Electronic components | | 300,000.00 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 378,800.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     ASSEMBLED CIRCUITS, INC. | ) | CASE NO. 04-10357 |
| | ) | CHAPTER 11 |
|     Debtor | ) | JUDGE SQUIRES |

### AFFIDAVIT OF JERRY MARINELLO

I, Jerry Marinello, being first duly sworn upon oath, depose and state as follows:

1. I am the President of the Debtor in the above styled case

2. The Debtor ceased operations as of June 1, 2004, because of a lack of funds from sales and an inability to pay employees.

3. Pursuant to the Schedule B filed in this case (attached as Exhibit A), the Debtor had the following assets upon the filing of the case:

| | |
|---|---|
| Checking account | 1000.00 |
| Security Deposit | 5000.00 |
| Receivables | 30000.00 |
| Ford Van | 3500.00 |
| Manu Equipment | 29300.00 |
| Office Equipment | 10000.00 |
| Inventory | 300000.00 |
| Total | 378800.00 |

4. As of the cessation of operations, no funds remain from the checking account, the security deposit or the receivables. The office equipment and manufacturing equipment are fully depreciated and retain only liquidation value. The inventory consists of thousands of small parts that fit into circuit boards. I have personally consulted a liquidator regarding the liquidation of the inventory and have been informed the inventory has a value of ten cents on the dollar.

5. Only one payment has been made to the Landlord post petition and the u=current amount owed is $16,800. This amount increases by $8400 every 30 days. The next rent payment is due June 16, 2004.

6. I have consulted with Tom Springer regarding an assignment for the Benefit of Creditors and will execute documents regarding an assignment upon dismissal of this case.

1

_____
Jerry Marinello

SUBSCRIBED AND SWORN TO before me
this 10TH day of JUNE ,2004



"OFFICIAL SEAL"
MARISOL L. GONZALEZ
COMMISSION EXPIRES 04/04/05