IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits     CASE NO. 04-10357

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending May 31, 2004

BEGINNING BALANCE IN ALL ACCOUNTS     $ 543.62

RECEIPTS:
1. Receipts from operations     $ 38139.80
2. Other Receipts     $ _____

DISBURSEMENTS:
3. Net payroll:
   a. Officers     $ _____
   b. Others     $ 21,691.99

4. Taxes
   a. Federal Income Taxes     $ 7136.76
   b. FICA withholdings     $ _____
   c. Employee's withholdings     $ _____
   d. Employer's FICA     $ _____
   e. Federal Unemployment Taxes     $ _____
   f. State Income Tax     $ 4563.25
   g. State Employee withholdings     $ _____
   h. All other state taxes     $ _____

5. Necessary expenses:
   a. Rent or mortgage payments(s)     $ _____
   b. Utilities     $ 287.85
   c. Insurance     $ _____
   d. Merchandise bought for manufacture or sale     $ 89.46
   e. Other necessary expenses (specify) Travel + Ent.     $ 44.36
   Auto Payment     $ 4837.52

TOTAL DISBURSEMENTS     $ 38651.19

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD     $ (517.39)

ENDING BALANCE IN LaSalle Bank     $ 26.23
                    (Name of Bank)
ENDING BALANCE IN _____     $ _____
                    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS     $ 26.23

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits          CASE NO.: 04-10357

RECEIPTS LISTING

FOR MONTH ENDING May 31, 2004

Bank: La Salle Bank

Location: Chicago, Ill.

Account Name: Assembled Circuits

Account No.: 5800683798

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | See Attached | |
| | TOTAL: | |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

| Date | Balance | Cks. | Payee | Dep |
|---|---|---|---|---|
| 5/3/2004 | 543.62 | | | 9400 |
| 5/3/2004 | 9943.62 | 7285.68 | payroll | |
| 5/3/2004 | 2657.94 | 2394.16 | Taxes 941 | |
| 5/10/2004 | 263.78 | | | 8814 |
| 5/10/2004 | 9077.78 | 7077.49 | Payroll | |
| 5/10/2004 | 2000.29 | 2337.93 | Taxes 941 | |
| 5/13/2004 | -337.64 | | | 396 |
| 5/13/2004 | 58.36 | 44.36 | Expenses | |
| 5/17/2004 | 14 | | | 8400 |
| 5/17/2004 | 8414 | 48 | Supplies | |
| 5/17/2004 | 8366 | 1357.72 | Auto payment | |
| 5/17/2004 | 7008.28 | 3068.16 | taxes Idor | |
| 5/17/2004 | 3940.12 | 855.33 | taxes Idor | |
| 5/17/2004 | 3084.79 | 639.76 | taxes Idor | |
| 5/18/2004 | 2445.03 | 287.85 | | |
| 5/19/2004 | 2157.18 | 41.46 | Supplies | |
| 5/20/2004 | 2115.72 | | | 7650 |
| 5/20/2004 | 9765.72 | 7334.82 | payroll | |
| 5/20/2004 | 2430.9 | 2404.67 | Taxes 941 | |
| 5/21/2004 | 26.23 | | | 3479.8 |
| 5/21/2004 | 3506.03 | 1630 | Auto payment | |
| 5/21/2004 | 1876.03 | 1849.8 | Auto payment | |
| | | 38657.19 | | 38139.8 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits        CASE NO.: 04-10357

DISBURSEMENT LISTING

FOR MONTH ENDING May 31, 2004

Bank: LaSalle

Location: Chicago, Ill.

Account Name: Assembled Circuits

Account No.: 5800 683 748

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See Attached

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

| Date | Balance | Cks. | Payee | Dep |
|---|---|---|---|---|
| 5/3/2004 | 543.62 | | | 9400 |
| 5/3/2004 | 9943.62 | 7285.68 | payroll | |
| 5/3/2004 | 2657.94 | 2394.16 | Taxes 941 | |
| 5/10/2004 | 263.78 | | | 8814 |
| 5/10/2004 | 9077.78 | 7077.49 | Payroll | |
| 5/10/2004 | 2000.29 | 2337.93 | Taxes 941 | |
| 5/13/2004 | -337.64 | | | 396 |
| 5/13/2004 | 58.36 | 44.36 | Expenses | |
| 5/17/2004 | 14 | | | 8400 |
| 5/17/2004 | 8414 | 48 | Supplies | |
| 5/17/2004 | 8366 | 1357.72 | Auto payment | |
| 5/17/2004 | 7008.28 | 3068.16 | taxes Idor | |
| 5/17/2004 | 3940.12 | 855.33 | taxes Idor | |
| 5/17/2004 | 3084.79 | 639.76 | taxes Idor | |
| 5/18/2004 | 2445.03 | 287.85 | | |
| 5/19/2004 | 2157.18 | 41.46 | Supplies | |
| 5/20/2004 | 2115.72 | | | 7650 |
| 5/20/2004 | 9765.72 | 7334.82 | payroll | |
| 5/20/2004 | 2430.9 | 2404.67 | Taxes 941 | |
| 5/21/2004 | 26.23 | | | 3479.8 |
| 5/21/2004 | 3506.03 | 1630 | Auto payment | |
| 5/21/2004 | 1876.03 | 1849.8 | Auto payment | |
| | | 38657.19 | | 38139.8 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits   CASE NO.: 04-10357

FOR MONTH ENDING May 31, 2004

## STATEMENT OF INVENTORY

Beginning inventory           $ 0

Add: purchases                $ 0

Less: goods sold              $ 0
(cost basis)

Ending inventory              $ 0

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period     $ 21,697.99

Payroll taxes due but unpaid      $ 

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| GMAC | Monthly | 986.00 | -0- | -0- |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits  CASE NO.: 04-10357

FOR MONTH ENDING  May 31, 2004

STATEMENT OF AGED RECEIVABLES  All Receivables Factored

ACCOUNTS RECEIVABLE:

Beginning of month balance  $_____

Add:  sales on account  $_____

Less: collections  $_____

End of month balance  $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)  All payments Cash

Beginning of month balance  $_____

Add: credit extended  $_____

Less: payments of account  $_____

End of month balance  $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE
AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembed Circuits   CASE NO.: 04-10357

FOR MONTH ENDING May 31, 2004

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (y) | No ( ) |
| 2. | FICA withholdings | Yes (y) | No ( ) |
| 3. | Employee's withholdings | Yes (y) | No ( ) |
| 4. | Employer's FICA | Yes (y) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (y) | No ( ) |
| 6. | State Income Tax | Yes (y) | No ( ) |
| 7. | State Employee withholdings | Yes (y) | No ( ) |
| 8. | All other state taxes | Yes (y) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

Form 6123
(Rev. 06-97)

Department of the Treasury-Internal Revenue Service

Verification of Fiduciary's Federal Tax Deposits

Do not attach this Notice to your Return

| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| FROM: | Name of Taxpayer: Assembled Circuits, Inc. |
| | Taxpayer Address: 1550 W. Fullerton, Addison, Ill. 60101 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | Form 941 Federal Tax Deposit (FTD) Information | |
|---|---|---|
| Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | for the payroll period from 5/6/04 to 5/31/04 | |
| | Payroll date | Same |
| | Gross wages paid to employees | $ 21,697.99 |
| | Income tax withheld | $ 7136.76 |
| | Social Security (Employer's plus Employee's share of Social Security Tax) | $ |
| | Tax Deposited | $ |
| | Date Deposited | |

| Section 2 | Form 940 Federal Tax Deposit (FTD) Information | |
|---|---|---|
| Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | for the payroll period from _____ to _____ | |
| | Gross wages paid to employees | $ |
| | Tax Deposited | $ |
| | Date Deposited | |

Certification
(Certification is limited to receipt or electronic transmittal of deposit only)

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☒ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 Taxes)<br>7136.76 | Date of Deposit<br>5/31/04 | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: 36-3146815 | Name and Address of Bank | La Salle Bank, Chicago, Ill. |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: Date: 5/31/04

Name and Title (print or type): Jerry Marinello, Pres

Cat. #43099Z

Form 6123 (rev. 06-97)

## DECLARATION UNDER PENALTY OF PERJURY

I, _Jerry Marinello_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_/s/ Jerry Marinello_
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Jerry Marinello_

DATED: _6/15/04_

OPERATING REPORT Page 8