IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits   CASE NO. 04-10357

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending March 31, 2004

BEGINNING BALANCE IN ALL ACCOUNTS     $ 119.41

RECEIPTS:
    1. Receipts from operations     $ 14601.27
    2. Other Receipts     $ _____

DISBURSEMENTS:
    3. Net payroll:
        a. Officers     $ 5485.06
        b. Others     $ _____

    4. Taxes
        a. Federal Income Taxes     $ 6743.89
        b. FICA withholdings     $ _____
        c. Employee's withholdings     $ _____
        d. Employer's FICA     $ _____
        e. Federal Unemployment Taxes     $ _____
        f. State Income Tax     $ _____
        g. State Employee withholdings     $ _____
        h. All other state taxes     $ _____

    5. Necessary expenses:
        a. Rent or mortgage payments(s)     $ _____
        b. Utilities     $ 102.81
        c. Insurance     $ _____
        d. Merchandise bought for manufacture or sale     $ 51.00
        e. Other necessary expenses (specify) Postage/Ship     $ 65.25
        Fees     $ 1633.33

TOTAL DISBURSEMENTS     $ 14081.29

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD     $ 519.98

ENDING BALANCE IN La Salle Bank     $ 639.39
    (Name of Bank)

ENDING BALANCE IN _____     $ _____
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS     $ 639.39

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits    CASE NO.: 04-10357

RECEIPTS LISTING

FOR MONTH ENDING Mar., 2004

Bank: LaSalle Bank

Location: Chicago, Ill.

Account Name: Assembled Circuits

Account No.: 5201249777

DATE RECEIVED            DESCRIPTION            AMOUNT

See Attached

TOTAL:

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

| Date | Balance | Cks. | Payee | Dep |
|---|---|---|---|---|
| 3/16/2004 | 119.41 | | | 533.32 |
| 3/24/2004 | 652.73 | | | 4065.99 |
| 3/24/2004 | 4718.72 | 37 | Postage | |
| 3/24/2004 | 4681.72 | 1089.16 | Taxes 941 | |
| 3/24/2004 | 3592.56 | 2976.83 | taxes 941 | |
| 3/24/2004 | 615.73 | | | 153.81 |
| 3/24/2004 | 769.54 | | | 1260.25 |
| 3/24/2004 | 2029.79 | 1552.3 | Bank fees | |
| 3/24/2004 | 477.49 | 28.25 | shipping | |
| 3/24/2004 | 449.24 | | | 807.8 |
| 3/24/2004 | 1257.04 | 51 | Supplies | |
| 3/26/2004 | 1206.04 | | | 6333 |
| 3/26/2004 | 7539.04 | 102.81 | Utilities | |
| 3/26/2004 | 7436.23 | 1893.79 | Taxes 941 | |
| 3/26/2004 | 5542.44 | 5162.26 | Payroll | |
| 3/30/2004 | 380.18 | | | 1447.1 |
| 3/30/2004 | 1827.28 | 81 | Fees | |
| 3/30/2004 | 1746.28 | 322.8 | Payroll | |
| 3/30/2004 | 1423.48 | 784.09 | Taxes 941 | |
| | | 14081.29 | | 14601.27 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits   CASE NO.: 04-10357

DISBURSEMENT LISTING

FOR MONTH ENDING Mar., 2004

Bank: La Salle Bank

Location: Chicago, Ill.

Account Name: _____

Account No.: 5201249777

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See Attached

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

| Date | Balance | Cks. | Payee | Dep |
|---|---|---|---|---|
| 3/16/2004 | 119.41 | | | 533.32 |
| 3/24/2004 | 652.73 | | | 4065.99 |
| 3/24/2004 | 4718.72 | 37 | Postage | |
| 3/24/2004 | 4681.72 | 1089.16 | Taxes 941 | |
| 3/24/2004 | 3592.56 | 2976.83 | taxes 941 | |
| 3/24/2004 | 615.73 | | | 153.81 |
| 3/24/2004 | 769.54 | | | 1260.25 |
| 3/24/2004 | 2029.79 | 1552.3 | Bank fees | |
| 3/24/2004 | 477.49 | 28.25 | shipping | |
| 3/24/2004 | 449.24 | | | 807.8 |
| 3/24/2004 | 1257.04 | 51 | Supplies | |
| 3/26/2004 | 1206.04 | | | 6333 |
| 3/26/2004 | 7539.04 | 102.81 | Utilities | |
| 3/26/2004 | 7436.23 | 1893.79 | Taxes 941 | |
| 3/26/2004 | 5542.44 | 5162.26 | Payroll | |
| 3/30/2004 | 380.18 | | | 1447.1 |
| 3/30/2004 | 1827.28 | 81 | Fees | |
| 3/30/2004 | 1746.28 | 322.8 | Payroll | |
| 3/30/2004 | 1423.48 | 784.09 | Taxes 941 | |
| | | 14081.29 | | 14601.27 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits    CASE NO.: 04-10357

FOR MONTH ENDING Mar., 2004

## STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ |
| Add: purchases | $ |
| Less: goods sold (cost basis) | $ |
| Ending inventory | $ |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ 5485.06 |
| Payroll taxes due but unpaid | $ |

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| GMAC | Monthly | | 4 | 1680.00 |

\* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembled Circuits    CASE NO.: 04-10357

FOR MONTH ENDING _____ ___, 20__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:     *All receivables factored*

    Beginning of month balance    $ 0

    Add: sales on account    $ 0

    Less: collections    $ 0

    End of month balance    $ 0

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)    *Pay all cash*

    Beginning of month balance    $

    Add: credit extended    $

    Less: payments of account    $

    End of month balance    $

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE
AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Assembed Circuits    CASE NO.: 04-10357

FOR MONTH ENDING _____, 20___

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

Form 6123 (Rev. 06-97)

Department of the Treasury-Internal Revenue Service

**Verification of Fiduciary's Federal Tax Deposit**

**Do not attach this Notice to your Return**

| TO | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| FROM: | Name of Taxpayer: Assembled Circuits, Inc. |
| | Taxpayer Address: 1550 W. Fullerton, Addison, Ill. 60101 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

**Section 1**

Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return

**Form 941 Federal Tax Deposit (FTD) Information**

for the payroll period from 3/16/04 to 3/31/04

Payroll date: 3/31/04
Gross wages paid to employees: $5485.06
Income tax withheld: $6743.81
Social Security (Employer's plus Employee's share of Social Security Tax): $_____
Tax Deposited: $6743.81
Date Deposited: 3/31/04

**Section 2**

Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return

**Form 940 Federal Tax Deposit (FTD) Information**

for the payroll period from _____ to _____
Gross wages paid to employees: $_____
Tax Deposited: $_____
Date Deposited: _____

**Certification**
(Certification is limited to receipt or electronic transmittal of deposit only)

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

Deposit Method (check box):
☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon
☐ Electronic Federal Tax Payment System (EFTPS) Deposit

| Amount (Form 941 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| | | |

| Amount (Form 940 Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
|---|---|---|
| | | |

Depositor's Employer Identification Number: 36-3146815

Name and Address of Bank: La Salle Bank, Chicago, Ill.

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: _____  Date: 3/31/04

Name and Title (print or type): Jerry Marinello, Pres

Cat. #43099Z

Form 6123 (rev. 06-97)

## DECLARATION UNDER PENALTY OF PERJURY

I, _Jerry Marinello_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_/s/ Jerry Marinello_
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Jerry Marinello_

DATED: 3/31/04

OPERATING REPORT Page 8